IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                         No. 4:08-cr-40020
                           No. 4:12-cv-4060

BERNIE LAZAR HOFFMAN                                                  MOVANT

## ORDER

On October 7, 2013, the Court authorized certain limited discovery in this § 2255 proceeding. ECF No. 204 Since that date neither party has indicated to the Court any additional issues to be determined prior to a resolution of this case. Hoffman has requested an evidentiary hearing. ECF No. 187. The Government responded to the request for an evidentiary hearing and opposed such hearing. ECF No. 195. That motion is pending. Because of the limited discovery granted in this case, the Court believes it could benefit from additional argument regarding an evidentiary hearing.

**IT IS THEREFORE ORDERED**, the parties are permitted, but not required, to submit additional briefing regarding the need for an evidentiary hearing in this matter on or before February 7, 2014.

**IT IS FURTHER ORDERED**, any request to expand the record, pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings, must be made on or before February 7, 2014.

**DATED** this **23rd day of January 2013.**

                                                    /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  UNITED STATES MAGISTRATE JUDGE